IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

QUENTIN ROSE and
LAKHRAJ MANOHAR                                                      PLAINTIFFS

v.                              No. 3:16-cv-40-DPM

CRAIGHEAD COUNTY DETENTION FACILITY                DEFENDANT

ORDER

Unopposed recommendation, № 14, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Manohar's motion for reconsideration, № 11, is denied. The complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2016