
# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | | |
|---|---|---|
| QUENTIN ROSE and<br>LAKHRAJ MANOHAR | | PLAINTIFFS |
| v. | No. 3:16-cv-40-DPM | |
| CRAIGHEAD COUNTY DETENTION FACILITY | | DEFENDANT |

## JUDGMENT

Rose and Manohar's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2016